# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 12-5310**　　　　　　　　　　　　　　**September Term, 2013**

　　　　　　　　　　　　　　　　　　　　　　1:10-cv-01220-RBW

　　　　　　　　　　　　　　　　　　　**Filed On:** September 20, 2013

National Mining Association, et al.,

　　　　Appellees

　　v.

Gina McCarthy, sued in her official capacity, Administrator, U.S. Environmental Protection Agency, et al.,

　　　　Appellants

Hazard Coal Corporation, In Case No.:
11-cv-447 RBW, et al.,

　　　　Appellees

------------------------------
Consolidated with 12-5311

　　**BEFORE:**　　Henderson, Griffith, and Kavanaugh, Circuit Judges

## O R D E R

　　Upon consideration of the motion for leave to correct error in brief, the oppositions thereto, including Federal Appellants' alternative request for leave to file an amended reply brief, and the reply, it is

　　**ORDERED** that the motion for leave to correct be granted. The corrected brief, in final form including citations to the Joint Appendix, is due October 11, 2013. It is

　　**FURTHER ORDERED** that the request for leave to file an amended reply brief be granted. The amended reply brief, in final form including citations to the Joint Appendix, is due October 25, 2013. It is

　　**FURTHER ORDERED** that all final briefs are also due October 25, 2013.

### Per Curiam