**ORAL ARGUMENT NOT YET SCHEDULED**

No. 13-7145 (Consolidated with 13-7146)
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

FILMON X, LLC, *et al*.,

*Defendants-Appellants,*

v.

FOX TELEVISION STATIONS, INC., *et al*.,

*Plaintiffs-Appellees.*

_____

On Appeal from the United States District Court
for the District of Columbia, Case No. 13-cv-00758-RMC (Collyer, J.)
_____

**NOTICE OF INTENT TO FILE AS *AMICI CURIAE* IN SUPPORT OF
NEITHER PARTY**
_____

Mitchell L. Stoltz  
ELECTRONIC FRONTIER FOUNDATION  
815 Eddy Street  
San Francisco, California 94109  
Telephone: (415) 436-9333  
Facsimile: (415) 436-9993  
Email: mitch@eff.org  

John Bergmayer  
Sherwin Siy  
PUBLIC KNOWLEDGE  
1818 N Street, NW, Suite 410  
Washington, DC 20036  
Tel: (202) 861-0020  
john@publicknowledge.org  
ssiy@publicknowledge.org  
*Counsel for Amici Curiae*

Pursuant to Circuit Rule 29(b), notice is hereby given that, with all parties consenting, an *amici curiae* brief in support of neither party will be filed today by Electronic Frontier Foundation and Public Knowledge.

Dated:  December 12, 2013                Respectfully submitted,

    */s/ Mitchell L. Stoltz*
Mitchell L. Stoltz
(D.C. Cir. Bar No. 51536)
ELECTRONIC FRONTIER
FOUNDATION
815 Eddy Street
San Francisco, California 94109

*Counsel for Amici Curiae*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on December 12, 2013.

All counsel are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: December 12, 2013   */s/ Mitchell L. Stoltz*
Mitchell L. Stoltz
ELECTRONIC FRONTIER
FOUNDATION

*Counsel for Amici Curiae*