**[ORAL ARGUMENT NOT SCHEDULED]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER.,<br><br>　　　　　Plaintiff-Appellee,<br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　Defendant-Appellant. | No. 13-5372 |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Pursuant to a settlement agreement, defendant-appellant Department of Homeland Security and plaintiff-appellee Electronic Privacy Information Center hereby move jointly to dismiss the above-captioned appeal with prejudice, with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| **/s/ Marc Rotenberg** | **/s/ Leonard Schaitman** |
| MARC ROTENBERG | LEONARD SCHAITMAN |
| (202) 483-1140 | (202) 514-3441 |
| Electronic Privacy Information Center | |
| 1718 Connecticut Ave., N.W. | **/s/ John S. Koppel** |
| Suite 200 | JOHN S. KOPPEL |
| Washington, DC 20009 | (202) 514-2495 |
| | Attorneys, Appellate Staff |
| Counsel for Appellee | Civil Division |
| | U.S. Department of Justice |
| | 950 Pennsylvania Ave., N.W. |
| | Room 7264 |
| | Washington, D.C.  20530 |
| | |
| | Counsel for Appellant |

JANUARY 2014

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2014, I filed and served the foregoing Joint Motion with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

          /s/ John S. Koppel
          JOHN S. KOPPEL
          Attorney