UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) |
| Appellee, | ) ) |
| v. | ) No. 14-5013 ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) ) ) ) |
| Appellant. | ) ) ) |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to the district court's November 12, 2013 Order, F.R.A.P. 26.1, and D.C. Cir. Rules 27(a)(4) and 28(a)(1)(A), the Electronic Privacy Information Center (EPIC) certifies as follows:

**I. Parties and Amici:**

Appellee is the Electronic Privacy Information Center. EPIC is a 501(c)(3) non-profit corporation. EPIC has no parent, subsidiary, or affiliate. EPIC has never issued shares or debt securities to the public. EPIC is a public interest research center in Washington, D.C., which was established in 1994 to focus public attention on emerging civil liberties issues and to protect privacy, the First Amendment, and other constitutional values.

Appellant is the United States Department of Homeland Security (DHS). The DHS is a federal agency subject to the FOIA.

## II. Rulings Under Review:

Appellant seeks review of the Order of Judge James E. Boasberg of the United States District Court for the District of Columbia as set forth below:

1. Grant of Summary Judgment for the Electronic Privacy Information Center;

2. Denial of Summary Judgment for the Department of Homeland Security.

## III. Related Cases:

This case was taken on appeal from a previous case before the United States District Court for the District of Columbia, which was closed on November 13, 2013. There are no related cases pending before this Court or any other Court in the United States.

Respectfully submitted,
_____/s/ *Marc Rotenberg*__
MARC ROTENBERG
ALAN BUTLER
JULIA HORWITZ
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, D.C. 20009
(202) 483-1140
*Counsel for Plaintiff*