[ORAL ARGUMENT NOT YET SCHEDULED]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Electronic Privacy Information Center,<br><br>                       Plaintiff-Appellee,<br>v.<br><br>United States Department of Homeland Security,<br><br>                       Defendants-Appellant. | No. 14-5013 |

**STATEMENT OF ISSUES**

Appellant, the United States Department of Homeland Security, intends to raise the following issues on appeal:

Whether the Department properly withheld documents related to Standard Operating Procedure 303, pursuant to Exemption 7 of the Freedom of Information Act, 5 U.S.C. § 552(b)(7).

                Respectfully submitted,

                SHARON SWINGLE
                */s/ Adam Jed*
                ADAM C. JED
                (202) 514-8280
                  *Attorneys, Appellate Staff*
                  *Civil Division*
                  *U.S. Department of Justice*
                  *950 Pennsylvania Ave., N.W.*
                  *Room 7240*
                  *Washington, D.C. 20530*

FEBRUARY 2014

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2014, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Adam Jed*
ADAM C. JED