# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 12-7135 | September Term, 2013 |
| | 1:12-cv-00048-BAH |

**Filed On: April 3, 2014** [1486718]

AF Holdings, LLC,

    Appellee

  v.

Does, 1 - 1058,

    Appellee

Cox Communications, Inc., et al.,

    Appellants

## O R D E R

    Upon consideration of the motion of amici curiae Electronic Frontier Foundation, et al. for independent argument time, it is

    **ORDERED** that the motion be granted to the extent that amici curiae be permitted 5 minutes of independent argument time.  The following times are allotted for the oral argument of this case scheduled for April 14, 2014, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | -- | 15 Minutes |
| Appellee | -- | 15 Minutes |
| Amici Curiae | -- | 5 Minutes |

    One counsel per side to argue.  The panel considering this case will consist of Circuit Judge Tatel and Senior Circuit Judges Silberman and Sentelle.

    Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's office by April 7, 2014.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk
BY:    /s/
    Michael C. McGrail
    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)