# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-1028**  **September Term, 2013**

NLRB-32CA062242
NLRB-32CA063140

**Filed On: July 17, 2014** [1503183]

World Color (USA) Corp., a wholly owned subsidiary of QUAD/GRAPHICS, INC.,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 14-1037

## O R D E R

    Upon consideration of respondent's motion to lodge brief in support of exceptions, it is

    **ORDERED** that the motion be granted. The parties are directed to include the lodged brief in the joint appendix.

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

          BY:    /s/
                   Mark A. Butler
                   Deputy Clerk