# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-5004**                                    **September Term, 2014**

**1:13-cv-00851-RJL**
**1:13-cv-00881-RJL**

**Filed On: October 7, 2014** [1515825]

Larry Elliott Klayman, et al.,

        Appellees

    v.

Barack Hussein Obama, et al.,

        Appellants

Roger Vinson,

        Appellee

------------------------------

Consolidated with 14-5005, 14-5016,
14-5017

### O R D E R

Upon consideration of the motion of amici curiae Electronic Frontier Foundation, The American Civil Liberties Union, and the ACLU of the Nation's Capital for leave to participate in oral argument, and the response thereto; and the motion of amicus curiae Center for National Security Studies for leave to participate in oral argument, and the opposition thereto, it is

**ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 04, 2014, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | -- | 30 Minutes |
| Appellees | -- | 15 Minutes |
| Amici Curiae Electronic Frontier Foundation, American Civil Liberties Union, and the ACLU of the Nation's Capital | -- | 10 Minutes |

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5004**                                    **September Term, 2014**

Amicus Curiae Center for                 --            10 Minutes
National Security Studies

The panel considering this case will consist of Circuit Judge Brown, and Senior Circuit Judges Williams and Sentelle.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 28, 2014.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)