# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 14-5004**  September Term, 2014

1:13-cv-00851-RJL
1:13-cv-00881-RJL

Filed On: November 4, 2014 [1520472]

Larry Elliott Klayman, et al.,

    Appellees

    v.

Barack Hussein Obama, et al.,

    Appellants

Roger Vinson,

    Appellee

------------------------------

Consolidated with 14-5005, 14-5016, 14-5017

    **BEFORE:**   Circuit Judge Brown, and Senior Circuit Judges Williams and Sentelle

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on November 4, 2014 at 9:32 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

    H. Thomas Byron, III (DOJ), counsel for Appellants.

    Larry Klayman, counsel for Appellees.

    Cindy Cohn, counsel for Amici Curiae Electronic Frontier Foundation, et al.

    Paul M. Smith, counsel for Amici Curie Center for NSS.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
         Shana E. Thurman
         Deputy Clerk