## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| NATIONAL SECURITY COUNSELORS, INC., | * | |
| Appellant, | * | |
| v. | * | Civil Action No. 15-5117 |
| DEPARTMENT OF JUSTICE, | * | |
| Appellees. | * | |

* * * * * * * * * * * * *

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Appellants National Security Counselors, Inc., and Jeffrey Stein, by and through undersigned counsel, hereby respond to the Court's Scheduling Order dated 28 April 2015 as follows:

### I.     Parties and Amici

The parties to this case are the Appellants National Security Counselors, Inc., and Jeffrey Stein[1] and the Appellee Department of Justice.  There are no *amici curiae* so far.

### II.    Rulings Under Review

Appellants seek review of the Memorandum Opinion issued by the District Court on 18 February 2015 (Chutkan, J.).

### III. Related Cases

This case was not previously before this Circuit or any other court. There are no related cases.

Date: May 28, 2015

                            Respectfully submitted,

                              /s/ Kelly B. McClanahan
                            Kelly B. McClanahan, Esq.
                            D.C. Bar #984704
                            National Security Counselors
                            4702 Levada Terrace
                            Rockville, MD  20853
                            301-728-5908
                            240-681-2189 fax
                            Kel@NationalSecurityLaw.org

                            *Counsel for Appellants*

---

[1] Truthout, which was a Plaintiff in the case below, is not a party in this appeal.