# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** National Security Counselors, Inc., et al.

**v.**  **Case No:** 15-5117

DOJ

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually.  Use an additional blank sheet as necessary)

◉ Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

National Security Counselors, Inc.

Jeffrey Stein

Names of Parties                                          Names of Parties

### Counsel Information

Lead Counsel: Kelly McClanahan

Direct Phone: ( 301 )  728-5908   Fax: ( 240 )  681-2189   Email: Kel@NationalSecurityLaw.org

2nd Counsel:

Direct Phone: (     )     -     Fax: (     )     -     Email:

3rd Counsel:

Direct Phone: (     )     -     Fax: (     )     -     Email:

Firm Name: National Security Counselors

Firm Address: 4702 Levada Terrace, Rockville, MD  20853

Firm Phone: ( 301 )  728-5908   Fax: ( 240 )  681-2189   Email: Kel@NationalSecurityLaw.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/