## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS, INC., | * |
| Appellant, | * |
| v. | * Civil Action No. 15-5117 |
| DEPARTMENT OF JUSTICE, | * |
| Appellees. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Appellants National Security Counselors, Inc., and Jeffrey Stein, by and through undersigned counsel, hereby responds to the Court's Scheduling Order dated 28 April 2015 as follows: Appellants do not intend to utilize a deferred joint appendix.

Date: May 28, 2015

                Respectfully submitted,

                /s/ Kelly B. McClanahan
                Kelly B. McClanahan, Esq.
                D.C. Bar #984704
                National Security Counselors
                4702 Levada Terrace
                Rockville, MD  20853
                301-728-5908
                240-681-2189 fax
                Kel@NationalSecurityLaw.org

                *Counsel for Appellants*