UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SHARIF MOBLEY, | * |
| Appellant, | * |
| v. | * Case No. 13-5286 |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | * |
| Appellees. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S UNOPPOSED MOTION FOR BRIEF ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS REPLY BRIEF**

NOW COMES Appellant to respectfully request a four-day extension—until 31 July 2015—of his deadline for filing his Reply Brief, which is currently due 27 July 2015. Appellees do not oppose this Motion.

Appellant has good cause to request this extension. The undersigned only recently learned that some of the issues in controversy in this case were discussed in oral arguments in December 2014 in another Circuit case, *DiBacco v. Department of the Army*, No. 13-5353. In order to fully address Appellees' arguments with respect to that case, the undersigned is discussing the case with the Appellant's counsel from *DiBacco* and would like a few extra days to complete these discussions and integrate his conclusions into this Reply Brief.

Date: July 27, 2015

                                Respectfully submitted,

                                /s/ Kelly B. McClanahan
                              Kelly B. McClanahan, Esq.
                              D.C. Bar #984704
                              National Security Counselors
                              4702 Levada Terrace
                              Rockville, MD  20853
                              301-728-5908
                              240-681-2189 fax
                              Kel@NationalSecurityLaw.org

                              *Counsel for Appellant*