## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SHARIF MOBLEY, * | |
| * | |
| Appellant, * | |
| * | |
| v. * | |
| * | Case No. 13-5286 |
| CENTRAL INTELLIGENCE * | |
| AGENCY, *et al.*, * | |
| * | |
| Appellees. * | |
| * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### APPELLANT'S UNOPPOSED EMERGENCY
### MOTION FOR ENLARGEMENT OF TIME
### WITHIN WHICH TO FILE HIS REPLY BRIEF

NOW COMES Appellant to respectfully and apologetically request a ten-day extension—until 10 August 2015—of his deadline for filing his Reply Brief, which is currently due 31 July 2015.  Appellees do not oppose this Motion.

Appellant has good cause to request this extension, but nonetheless apologizes sincerely to the Court for having to ask, let alone at the last minute. However, this morning the Circuit issued a ruling in the case *DiBacco v. Department of the Army*, No. 13-5353, which directly affects one of Appellant's key arguments, and the undersigned needs to evaluate this ruling and confer with

Appellant's other counsel[1] to determine how to move forward in light of the new case law.  The undersigned would normally ask for less time to complete this work, but he already faces several filing deadlines next week which necessitate a lengthier extension.

Date: July 31, 2015

                                         Respectfully submitted,

                                         /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        4702 Levada Terrace
                                        Rockville, MD  20853
                                        301-728-5908
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Appellant*

---

[1] Since Appellant is imprisoned in Yemen, the undersigned only communicates with Reprieve, the British human rights law firm representing him in Yemeni court.